| Form **668(Y)CM**<br>(Rev. June 1994) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION<br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**<br>**NOTICE OF TAX LIEN UNDER CNMI TAX LAWS** OS-3193 |
|---|---|

| District  Saipan | Serial Number  20060017TLM | For Optional Use by Recording Office |
|---|---|---|

As provided by 4 CMC §1811 and Sections 6321, 6322, and 6323 of the Northern Marianas Territorial Income Tax and 4 CMC §1701 et.seq., notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Commonwealth of the Northern Mariana Islands on all property and rights to property belonging to the taxpayer for the amount of these taxes and any additional penalties, interest, and costs that may accrue.

13/89

F I L E D
Clerk
District Court

NOV 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Name of Taxpayer
SUWASO CORPORATION

Residence
P.O.BOX 501160 SAIPAN MP, 96950

**IMPORTANT RELEASE INFORMATION:** With respect to each NMTIT assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT 6325(a).

| Kind of Tax<br>(a) | Tax period<br>Ended (b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day of Refiling<br>(e) | Unpaid Balance of<br>Assessment (f) |
|---|---|---|---|---|---|
| OS-3105G | 03/31/2002 | 98-6021841 | 09/25/2002 | | 85868.71 |
| " | 06/30/2002 | " | " | | 72765.06 |
| " | 09/30/2002 | " | 12/03/2002 | | 13505.80 |
| " | 12/31/2002 | " | 02/11/2003 | | 95749.89 |
| " | 03/31/2003 | " | 05/02/2003 | | 41596.76 |
| " | 06/30/2003 | " | 11/20/2003 | | 20735.75 |
| " | 09/30/2003 | " | 03/02/2004 | | 39808.45 |
| " | 12/31/2003 | " | 02/26/2004 | | 75053.52 |
| " | 03/31/2004 | " | 12/02/2004 | | 32429.39 |
| " | 06/30/2004 | " | 12/03/2004 | | 38852.38 |
| " | 09/30/2004 | " | " | | 42545.53 |
| " | 12/31/2004 | " | 03/01/2005 | | 51083.78 |
| " | 03/31/2005 | " | 08/16/2005 | | 89550.22 |
| " | 06/30/2005 | " | " | | 55913.20 |
| Place of Filing: Commonwealth Recorder's Office<br>US District Court | | | | Total | 755,458.44 |

This notice was prepared and signed at Division of Revenue and Taxation, on this, the 22nd day of NOVEMBER, 2005.

| Signature:  Dora S. Taitingfong  11/18/05 | Title: Acting<br>Director, Division of Revenue & Taxation |
|---|---|

On this 18th day of November, 20 05, before me a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

Laura L. Torres
Notary Public
LAURA T. TORRES
Commonwealth of the Northern Mariana Islands
My Commission expires on the
23rd day June, 20 0 6

Commission Expires:_____

[Seal: LAURA T. TORRES, NOTARY PUBLIC, FOR THE GOVERNMENT OF THE NORTHERN MARIANA ISLANDS]

| Form **668(Y)CM** (Rev. June 1994) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS NOTICE OF TAX LIEN UNDER CNMI TAX LAWS** | |
|---|---|---|
| District Saipan | Serial Number 20060017TLM | For Optional Use by Recording Office |

As provided by 4 CMC §1811 and Sections 6321, 6322, and 6323 of the Northern Marianas Territorial Income Tax and 4 CMC §1701 et.seq., notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Commonwealth of the Northern Mariana Islands on all property and rights to property belonging to the taxpayer for the amount of these taxes and any additional penalties, interest, and costs that may accrue.

Name of Taxpayer
SUWASO CORPORATION

Residence
P.O.BOX 501160 SAIPAN MP, 96950

**IMPORTANT RELEASE INFORMATION:** With respect to each NMTIT assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in NMTIT 6325(a).

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day of Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | 755458.44 |
| OS-3305 | JAN'00 | 98-6021841 | 08/02/2002 | | 262.33 |
| " | OCT'00 | " | " | | 72.30 |
| " | NOV'00 | " | " | | 164.49 |
| " | DEC'00 | " | " | | 780.69 |
| " | DEC'02 | " | 02/11/2003 | | 53.87 |
| " | FEB'05 | " | 06/29/2005 | | 393.94 |
| OS-3900 | JAN'00 | " | 08/02/2002 | | 121.65 |
| " | OCT'00 | " | 12/28/2004 | | 143.30 |
| " | NOV'00 | " | 08/02/2002 | | 60.22 |
| " | DEC'00 | " | " | | 57.14 |
| " | MAR'01 | " | " | | 2583.75 |
| " | DEC'02 | " | 02/11/2003 | | 35.36 |
| " | FEB'05 | " | 06/29/2005 | | 102.56 |
| Place of Filing: Commonwealth Recorder's Office US District Court | | | | Total | 760,290.04 |

This notice was prepared and signed at Division of Revenue and Taxation, on this, the 22nd day of NOVEMBER, 2005.

Signature: Dora S. Taitingfong    11/18/05
Title: Acting Director, Division of Revenue & Taxation

On this 18th day of November, 20 05, before me a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

Laura I. Torres
Notary Public
Commonwealth of the Northern Mariana Islands
My Commission expires on the 23rd day of June, 20 06

Commission Expires: _____